MICHAEL W. FOSTER (State Bar No. 127691)
DAVID J. CARDIFF (State Bar No. 184246)
EMILY R. EPSTEIN (State Bar No. 215654)
FOSTER AND ASSOCIATES
3000 LAKESHORE AVENUE
OAKLAND, CALIFORNIA 94610
TELEPHONE: (510) 763-1900
FACSIMILE: (510) 763-5952

Attorneys for Defendant
Levi Strauss & Co.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JAY SHUMAN, <br><br> Plaintiff, <br><br> vs. <br><br> LEVI STRAUSS & CO., <br><br> Defendant. | Case No. CV-09-0003 WHA <br><br> Date Action Filed: January 2, 2009 <br><br> [PROPOSED] ORDER CLARIFYING THAT ISSUANCE OF STAY APPLIES TO DEFENDANT'S DEADLINE FOR FILING A FIRST RESPONSIVE PLEADING ; <br><br> ORDER RESCHEDULING CMC |
| JAY SHUMAN, <br><br> Plaintiff, <br><br> vs. <br><br> LEVI STRAUSS & CO., <br><br> Defendant. | Case No. CV-09-0279 JSW <br><br> Date Action Filed: June 23, 2008 |

On February 11, 2009, this Court issued an order, in Case No. 09-0003 WHA, granting in part, and denying in part, Defendant's unopposed motion to stay. Pursuant to the order, the Court also granted a stipulated request to extend the deadline for defendant's first responsive pleading

[PROPOSED] ORDER CLARIFYING THAT ISSUANCE OF STAY APPLIES TO DEFENDANT'S
DEADLINE FOR FILING A FIRST RESPONSIVE PLEADING

so as to be ten days after entry of the order on the motion to stay. The Court hereby clarifies its earlier Order, and Orders that, pursuant to the issuance of the stay, Defendant's first responsive pleading shall be due within ten days after the stay in this case is lifted.

Dated: February 20, 2009

IT IS SO ORDERED
Judge William Alsup

WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

For the reasons stated in plaintiff's February 19 filing, the case management conference is hereby **RESCHEDULED** from April 9 to April 23, 2009. The parties should submit a joint case management conference statement seven days in advance of the hearing. The statement should, along with all other appropriate matters, update the Court on the status of the parallel case before Judge White and the pending remand motion therein.

2

[PROPOSED] ORDER CLARIFYING THAT ISSUANCE OF STAY APPLIES TO DEFENDANT'S
DEADLINE FOR FILING A FIRST RESPONSIVE PLEADING