IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAY SHUMAN,  
       Plaintiff,  
  v.  
LEVI STRAUSS & CO.,  
       Defendant.  
                                /

No. C 09-00003 WHA

**ORDER RELATING CASE**

Plaintiff filed this ADA action in the district court on January 2, 2009. Plaintiff had previously filed an action in state court which, both parties agree, concerns "substantially the same parties, property transaction or event." Civ. Local Rule 3-12(a). The state action was subsequently removed to federal court and assigned to Judge Jeffrey White (No. 09-279 JSW).

Plaintiff filed a remand motion in Case No. 09-279. At the request of the parties, this case was stayed pending the outcome of that motion. Judge White subsequently referred Case No. 09-279 to the undersigned to determine whether it is related to this case. Pursuant to Civil Local Rule 3-12, the Court finds that the cases are **RELATED**.

The remand motion pending in Case No. 09-279 is fully briefed. The parties are requested to re-notice the motion and the briefing thereon before the undersigned within **SEVEN DAYS** of the entry of this order. The matter will then be considered submitted. A hearing date need not be noticed; the motion will be decided on the papers.

Dated: March 24, 2009

                                                   WILLIAM ALSUP  
                                                 UNITED STATES DISTRICT JUDGE