IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAY SHUMAN,

    Plaintiff,

  v.

LEVI STRAUSS & CO.,

    Defendant.
                               /

No. C 09-00003 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

      Contrary to counsel's statements, this case was never consolidated with C09–00279 WHA, which was recently remanded. Therefore, there is no basis to imply that this case was remanded. Rather, C09-00003 WHA will go forward. The case management conference will be **CONTINUED** for one week to **MAY 14, 2009, AT 11:00 A.M.**, at which time a pretrial schedule and trial will be set without prejudice to defendant making any motion it wishes in due course to stay. No harm will be made in requiring disclosures to be made at this time and some good may come of it inasmuch as the dispute will proceed in state or federal court (or maybe both) no matter what. The stay granted on February 11, 2009, is hereby **LIFTED**.

    **IT IS SO ORDERED.**

Dated: May 4, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE